United States Courts
Southern District of Texas
FILED

*April 14, 2024*

Nathan Ochsner, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Erin Carling

§
§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

Sacks Counseling LLC

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Erin Carling

Address: 32169 Chunk Dr.

Conroe, TX 77301

County of Residence: Montgomery

3. The defendant is: Sacks Counseling LLC (Agatha Sacks)

Address: 205 FM 1960

Humble, Tx 77338

☐ Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 2/09/2024

with the Equal Opportunity Commission.

5. On the date of 2/9/2024, the plaintiff received a Notice of Right to Sue letter

issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☐ Sex

(d) ☐ Religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☐ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☑ other: _Dsabilty (mental Health) $ Physical Toll_

_____

7. When and how the defendant has discriminated against the plaintiff:

_Race - Statements of neediy a white front Discrimination of Benefits_

_____

8. The plaintiff requests that the defendant be ordered:

(a) ☑ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☑ to _Pay for damages done_

2

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____

(Signature of Plaintiff)

Address:    32l09 Chunk Dr
            Conroe, TX 77301

Telephone:  936 - 500 - 2051
            346 - 831 - 1181

3

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Erin Carling                    §
                                §
versus                          §        CIVIL ACTION NO. _____
                                §
Sacks Counseling LLC            §
                                §
_____        §
_____        §

ORIGINAL COMPLAINT

1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

)
)  Case No. _____
Erin Carling )
)       (to be filled in by the Clerk's Office)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )  Jury Trial: *(check one)*  ☐ Yes  ☐ No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
Agatha Sacks (Sacks Counseling LLC) )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Erin Carling
Street Address        3209 Chunk Dr
City and County       Conroe and Montgomery
State and Zip Code    Texas and 77301
Telephone Number      936-500-2051 and 346.831.1181
E-mail Address        Carlingerin 2022 @ gmail. com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    Agatha Sacks (Sacks Counsely)

Job or Title *(if known)*               Sacks Counseling

Street Address                          265 FM 1960 Bypass Rd E

City and County                         Humble and    Harris County

State and Zip Code                      Texas and 77338

Telephone Number                        930-828-1810 & 346 704 1973

E-mail Address *(if known)*             agatha.sacks@positiverecovery.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Equal Employment Opportunity Commission

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Erin E. Carling , is a citizen of the State of *(name)* Texas .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Sacks Counseling LLC is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* Humble, Texas . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

500,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



1. Mental anguish
2. Physical conditions from mental anguish
3. Tax Evasion
4. Discrimination
5. Retaliation          (attached Copy) III

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3/3/24

Signature of Plaintiff

Printed Name of Plaintiff     Erin Carling

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 460-2024-02122 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Erin E. Carling | (346) 831-1181 | 1985 |

| Street Address |
|---|
| 3269 Chunk Drive |
| CONROE, TX 77301 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Sacks Counseling LLC | | |

| Street Address |
|---|
| 265 FM 1960 265 FM 1960 |
| HUMBLE, TX 77338 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest                           Latest |
| Disability, Race | 12/01/2021                      12/28/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

The discrimination began under the business name "Sacks Counseling LLC" by my EX-boss Agatha Sacks on April 20, 2021, after surgery that I had taken a turn for the worse. The surgery I had on my left arm where a large mass was removed having over 20 stitches to sew up the large wound. Radiant Dermatology is located at 22659 Hwy 59 N. Ste 140 performed the surgery and cared for me to the best they could where I received multiple antibiotics for getting a staph infection through my body to my lips. My lips became scarred with blisters, and I was almost to the point of death. I was scared, afraid, and alone. Left without insurance to fend for myself going to the doctor and hospital because the infection kept getting worse. This is when Agatha began with her torments towards me. I was in complete despair and distress, and she made things worse. She began making very critical statements If only you were a model, you would not have this problem" while her daughter was In modeling classes that she was paying for flying her all around the country. She would tell me you know what it's like to have insurance while I was collecting large hospital bills from this infection that would not go away. My mental health (disability was declining) and I was now at the hospital a Memorial Herman the Woodlands. My emotional and mental state was so bad that I wanted to die. I wanted to kill myself at this point and had to tell the hospital staff that I was having thoughts of suicide. During this time in the hospital, Tri-County Behavioral Health was called out to talk to me because of my mental anguish. I had

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Ms. Erin E. Carling**  02/08/2024  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE  *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **460-2024-02122** |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

to sign a contract for change telling them I would not kill myself. I needed to work and so I bore the burden of Agatha's hottest displeasure. At times she would be nice only to be slapped around at every turn as her punching bag it felt like. She continued weekly to discriminate against me for not having adequate insurance the rest of the time I would work there with many emails, statements, and by people who did have insurance. It was a very harsh reality to endure for this long. Working for insurance companies and not having insurance had my mental health at a very large disadvantage. After the staph infection left I refused to take out the trash anymore due to not having medical insurance. Behind the office, a lot of homeless people walked on the tracks. I was not willing to jeopardize my health again because my medical bills were already too high from needing help. I kept quiet and just did my job only to agree with her and do what she said. I did a great job because I was always working my way up in the company. I became so valuable that she paid for me to have my facility which was brand new in Conroe, Texas. Agatha and another client Dorian Holland discussed my future at the Conroe location as I was being utilized as a white front. I sat there and said nothing because I was just finishing up with my bachelor's degree at Sam Houston State University. If you disagree with the person in charge, you don't get too far in life. She became bolder in her approach by showing me presentations on a Greek slave Epictetus. She would reference slavery many times to me and treat me in similar nature. Highly trained in psychology the effects of psychological manipulation run deep. She would make everything about race and it was very disturbing. She would say that she is not going back to the plantation. I told her only a few times that my best friend is black (and she is) to try to get her to stop these occurrences. She did not and it was very episodic in ridicule in a comparative sense. She called everyone a racist yet she was the only one discussing it over and over. She had me do many jobs that were not mine like collecting samples for clients that I was not trained on because I was doing her sister's job Alethe Sacks for her. Agatha and Alethe were the only 2 people in the company besides myself. They liked my work so much because I was willing to do anything to keep working which meant I would show up anytime they called. I did extra jobs of cleaning the office weekly top to bottom and took care of the extermination of roaches and bugs crawling Agatha's desk due to clients complaining. They took my kindness for weakness and went too far on this particular day. A client named Katina Shields threw up in the group room on the morning shift, I came into the office mostly for night shifts. This particular day they left the throw-up from Katina Shields having HIV/AIDs all that time on the floor for me to clean up. I thought to myself that if they could do this to me than anything is possible. I told her that I was not cleaning it up and was not equipped to handle this. I also stated that I do not have medical insurance and if something were to happen to me, I did not want to be left with the consequences. She tormented more intensely after the occurrence. They printed out a lot of OSHA compliance and workers' compensation materials during this period. They would show me psychoeducation on Maslow's hierarchy of needs of food, water, and shelter then tell me stories of people who lost everything to manipulate me even further from taking action. I was paralyzed with fear and regression. Agatha would make comments about not rocking the boat, there is nothing you can do about it and would suddenly make statements about throwing bricks through windows (a more advanced psychological approach). The constant threat of lack of security and financial resources to live was always at the forefront of just trying to get through. During all of this happening I started counseling at Sam Houston State University because I was having a mental breakdown from her leaving the HIV/AIDS for me to clean up. I shared all the content with the counselor during this time that I am writing to you now. This mental disability was enhanced as my PTSD retraumatized me so that this action could occur. I am waiting to hear back from Sam Houston State University for the specific time I was there because was a very harsh time for me and it's hard for me to think clearly due to my cognitive disruptions from this occurrence.

Only on July 7, 2023, I reached out again to discuss with a lawyer what was going on by the name of Dustin Chimento. On 11/29/2023 I sent myself an email to record some of the factors going on. On 11/29/2023 to the Texas Workforce Commission with an SOS because she would not stop manipulating me and it was affecting me very badly. I was unable to make a rational decision because Thanksgiving just passed, and Christmas was just ahead. I decided to hold back once again because I am a single mother taking care of my 13-year-old daughter. Friday, December 15, 2023, on my day off, I let my boss know I was sick in bed with the flu. My sickness began to take a very large toll on my mental and physical health. I was the only program coordinator at this location at client location and needed to be there for my client, so I pushed through and on Wednesday I tried to make an appointment at the doctor's they did not have one. On Thursday, December 28, 2023, I texted Agatha Sacks "Just a heads up at 2:30 today I'm going to the hospital and may be admitted for surgery. I'm wearing a waist trainer to keep my stomach in place. During the flu for those 2 weeks, I coughed up so much that something in my stomach was bulging out." The next morning on Friday, December 29, 2023, she stated she was letting me go. Agatha had planned to let me go far long before this was carefully thought out. She paid me under Sacks Counseling LLC which had the right to conduct business involuntarily revoked in 2021. The location I worked for under "Spirit and Truth Counseling was the only name issued for the Conroe location at 2912 West Davis. Ste 120. Agatha and Alethe's nepotism were for me to build, taunt me as a white front, and move me out after I served as a white front and give Alethe a favorable position. They made remarks about the ugly white cabinets, so they had to build black cabinets

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Erin E. Carling**<br><br>02/08/2024<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge. information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | 460-2024-02122 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

over them, and bought food items from Nature Valley "White cheddar", and white chocolate Starbucks creamer. They even bought me a gift with a white towel and slippers in a box. Soon after the gift was given a client had to be one of their friends came in for an assessment. In the assessment, the client talked about going to "Jack in the Box" and getting beat up by many women against her. This is what was happening to me. I had so many people come into my office asking if this was the "Farmers insurance" when the door had written "Positive Recovery" (Sacks counseling llc). The week of this occurrence she came in to have a meeting with me and Alethe. Trash that I would not take out to the dumpster due to the past occurrence of them leaving the bodily fluids of a client with AIDS/HIV for me to clean up, the staph infection I got, and just cautioning myself. Nowhere in my job description did I have a duty of taking out the trash or cleaning.  It was an extra measure I used to do before being treated unfairly and discriminated against. Agatha told me that because the trash is left in bags, she thinks it's a race thing and her sister Alethe should not have to continue to pick up the trash. I stated that since the staph infection, reminded her of Katina Shields that I was not taking out the trash because of the past patterns of behavior.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Erin E. Carling**<br><br>**02/08/2024**<br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(month, day, year) |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/09/2024

**To:** Ms. Erin E. Carling  3269
Chunk Drive
CONROE, TX 77301
Charge No: 460-2024-02122

EEOC Representative and email:    PATRICIA PALACIOS WARE
EO Investigator
patricia.palaciosware@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-02122.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
02/09/2024

---

Rayford O. Irvin
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

cc:　　　Agatha L. Sacks
　　　　 SACKS COUNSELING LLC
　　　　 265 FM 1960
　　　　 Humble, TX 77338　　　　　　　　Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT UNDER
## THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

Enclosure with EEOC Notice of Closure and Rights (01/22)

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 460-2024-02122 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 460-2024-02122 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

Enclosure with EEOC Notice of Closure and Rights (01/22)

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.